# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.             **CASE NO. 6:19-cr-10137-EFM**

**LUIS MARTINEZ-CARRANGO,**
**ALFREDO REY** a.k.a. "Nephew,"
**ANTONIO EDDER CALDERON-REYES** a.k.a. "Catracho,"
**RAUL GUTIERREZ-ZAMARIPA** a.k.a. "Chito,"
**JOSE ROSA-PACHECO** a.k.a. "Mohican,"
**CARLOS ROSA-ARITA,**
**ENRIQUE RODRIGUEZ,**
**RUSBEIN GALICIA-LOPEZ** a.k.a. "Alex,"
**ABRAHAM GUTIERREZ-OJEDA** a.k.a. "Pedro,"
**JERRY TAYLOR,**
**YADER ARITA,**
**MANUEL LEYVA-QUIJADA,**
**MARY CAIN,** a.k.a. Mary Corona, and
**CHRISTOPHER HITE,**

      **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

# COUNT 1

**CONSPIRACY TO COMMIT A TITLE 21 OFFENSE
DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 846)**

From on or about a date unknown to the Grand Jury, and continuing to on or about April 26, 2019 in the District of Kansas and elsewhere, the defendants,

**LUIS MARTINEZ-CARRANGO,**
**ALFREDO REY** a.k.a. "Nephew,"
**ANTONIO EDDER CALDERON-REYES** a.k.a. "Catracho,"
**RAUL GUTIERREZ-ZAMARIPA** a.k.a. "Chito,"
**JOSE ROSA-PACHECO** a.k.a. "Mohican,"
**CARLOS ROSA-ARITA,**
**ENRIQUE RODRIGUEZ,**
**RUSBEIN GALICIA-LOPEZ** a.k.a. "Alex,"
**ABRAHAM GUTIERREZ-OJEDA** a.k.a. "Pedro,"
**JERRY TAYLOR,**
**YADER ARITA,**
**MANUEL LEYVA-QUIJADA,**
**MARY CAIN,** a.k.a. Mary Corona, and
**CHRISTOPHER HITE,**

knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and to distribute fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The amount of controlled substances each defendant possessed with the intent to distribute during the conspiracy was:

| DEFENDANT | AMOUNT |
| --- | --- |
| Luis Martinez-Carrango: | 50 grams or more of methamphetamine; |
| Alfredo Rey: | 50 grams or more of methamphetamine; |
| Antonio Edder Calderon-Reyes: | 50 grams or more of methamphetamine; |
| Raul Gutierrez-Zamaripa: | 50 grams or more of methamphetamine; |
| Jose Rosa-Pacheco: | 50 grams or more of methamphetamine; |
| Carlos Rosa-Arita: | 50 grams or more of methamphetamine; |
| Enrique Rodriguez: | 50 grams or more of methamphetamine; |
| Rusbein Galicia-Lopez: | 50 grams or more of methamphetamine; |
| Abraham Gutierrez-Ojeda: | 50 grams or more of methamphetamine; |
| Jerry Taylor: | 50 grams or more of methamphetamine |
| Yader Arita: | 50 grams or more of methamphetamine; |
| Manuel Leyva-Quijada: | 50 grams or more of methamphetamine; |
| Mary Cain: | 50 grams or more of methamphetamine; |
| Christopher Hite: | 50 grams or more of methamphetamine. |

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 841(a)(1))**

On or about September 26, 2017 in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO**
**a.k.a. "Mohican"**

knowingly and intentionally distributed 50 grams or more (approximately 498 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about October 26, 2017, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO
a.k.a. "Mohican"**

knowingly and intentionally distributed 50 grams or more (approximately 506 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about November 20, 2017, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO
a.k.a. "Mohican"**

knowingly and intentionally distributed 50 grams or more (approximately 508 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

# COUNT 5

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about December 7, 2017, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO
a.k.a. "Mohican"**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 493 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

# COUNT 6

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about December 27, 2017, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO
a.k.a. "Mohican"**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 488 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

# COUNT 7

## POSSESSION, WITH THE INTENT TO DISTRIBUTE, A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
## (21 U.S.C. § 841(a)(1))

On or about February 9, 2018, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO**
**a.k.a. "Mohican"**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 498 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

# COUNT 8

## POSSESSION, WITH THE INTENT TO DISTRIBUTE, A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
## (21 U.S.C. § 841(a)(1))

On or about March 18, 2018, in the District of Kansas, the defendant,

**ENRIQUE RODRIGUEZ,**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 21 pounds) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

# COUNT 9

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about April 5, 2018, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO
a.k.a. "Mohican"**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 500 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

# COUNT 10

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about May 21, 2018, in the District of Kansas, the defendant,

**JOSE ROSA-PACHECO**
a.k.a. "Mohican"

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 486 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 11

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about June 27, 2018, in the District of Kansas, the defendants,

**JOSE ROSA-PACHECO
a.k.a. "Mohican," and
CARLOS ROSA-ARITA,**

knowingly and intentionally distributed 50 grams or more (approximately 496 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 12

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about August 2, 2018, in the District of Kansas, the defendant,

**ANTONIO EDDER CALDERON-REYES,**

knowingly and intentionally distributed 5 grams or more (approximately 44.5 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 13

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about August 9, 2018, in the District of Kansas, the defendant,

**ANTONIO EDDER CALDERON-REYES,**

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 14

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about August 30, 2018, in the District of Kansas, the defendant,

**ANTONIO EDDER CALDERON-REYES,**

knowingly and intentionally distributed 50 grams or more (approximately 121 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 15

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about September 5, 2018, in the District of Kansas, the defendant,

**YADER ARITA,**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 896 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 16

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about September 26, 2018, in the District of Kansas, the defendant,

**MARY CAIN,
a.k.a. Mary Corona,**

knowingly and intentionally possessed, with the intent to distribute, 5 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 17

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about September 27, 2018, in the District of Kansas, the defendants,

**ABRAHAM GUTIERREZ-OJEDA,
a.k.a "Pedro"** and
**RUSBEIN "ALEX" GALICIA-LOPEZ,**

knowingly and intentionally distributed 50 grams or more (approximately 57 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 18

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about October 2, 2018, in the District of Kansas, the defendants,

**ABRAHAM GUTIERREZ-OJEDA,
a.k.a "Pedro"** and
**RUSBEIN "ALEX" GALICIA-LOPEZ,**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more (approximately 86 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 19

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about October 4, 2018, in the District of Kansas, the defendants,

**ABRAHAM GUTIERREZ-OJEDA,
a.k.a "Pedro"** and
**RUSBEIN "ALEX" GALICIA-LOPEZ,**

knowingly and intentionally distributed 50 grams or more (approximately 52 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 20

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 841(a)(1))**

On or about October 11, 2018, in the District of Kansas, the defendant,

**RUSBEIN "ALEX" GALICIA-LOPEZ,**

knowingly and intentionally distributed 5 grams or more (approximately 27 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 21

**USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 843(b))**

On or about October 22, 2018, in the District of Kansas, the defendants,

**RUSBEIN "ALEX" GALICIA-LOPEZ, and**
**ANTONIO EDDER CALDERON-REYES,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 22

### USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
### (21 U.S.C. § 843(b))

On or about October 23, 2018, in the District of Kansas, the defendants,

**RUSBEIN "ALEX" GALICIA-LOPEZ, and
ANTONIO EDDER CALDERON-REYES,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 23

### USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
### (21 U.S.C. § 843(b))

On or about October 24, 2018, in the District of Kansas, the defendants,

**JERRY TAYLOR, and
ANTONIO EDDER CALDERON-REYES,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine. Taylor told

Calderon-Reyes that he (Taylor) had money, for payment of Methamphetamine, ready for him (Calderon-Reyes) to pick up.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 24

**USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 843(b))**

On or about October 25, 2018, in the District of Kansas, the defendants,

**ANTONIO EDDER CALDERON-REYES, and**
**JERRY TAYLOR,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine. Taylor needed five kilograms of methamphetamine from Calderon-Reyes.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 25

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 841(a)(1))**

On or about October 25, 2018, in the District of Kansas, the defendants,

**ANTONIO EDDER CALDERON-REYES, and**
**JERRY TAYLOR,**

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 26

**USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 843(b))**

On or about November 5, 2018, in the District of Kansas, the defendants,

**ANTONIO EDDER CALDERON-REYES, and**
**JERRY TAYLOR,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine. Taylor told Calderon-Reyes that he had money for him to pay for methamphetamine.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 27

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,**
**A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 841(a)(1))**

On or about November 20, 2018, in the District of Kansas, the defendant,

**CHRISTOPHER HITE,**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 28

**USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 843(b))**

On or about February 8, 2019, in the District of Kansas, the defendants,

**ABRAHAM GUTIERREZ-OJEDA,
a.k.a. "Pedro", and
LUIS MARTINEZ-CARRANGO,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine.

**GUTIERREZ-OJEDA** requested methamphetamine from **MARTINEZ-CARRANGO.**

In violation of Title 21, United States Code, Section 843(b).

## COUNT 29

**USE OF COMMUNICATION FACILITY IN FACILITATING THE COMMISSION OF FELONIES UNDER THE CONTROLLED SUBSTANCES ACT – THE DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 843(b))**

On or about February 8, 2019, in the District of Kansas, the defendants,

**LUIS MARTINEZ-CARRANGO, and**

**ALFREDO REY,**
**a.k.a. Nephew,**

did knowingly and intentionally use any communication facility, a cellular telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, the distribution of Methamphetamine. **MARTINEZ-CARRANGO** called **REY** and instructed him to make the delivery to **GUTIERREZ-OJEDA.**

In violation of Title 21, United States Code, Section 843(b).

### COUNT 30

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,**
**A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 841(a)(1))**

On or about February 8, 2019, in the District of Kansas, the defendants,

**LUIS MARTINEZ-CARRANGO, and**
**ALFREDO REY,**
**a.k.a. Nephew,**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 31

**POSSESSION WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about February 11, 2019, in the District of Kansas, the defendants,

**LUIS MARTINEZ-CARRANGO, and
ALFREDO REY,
a.k.a. Nephew,**

knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

## COUNT 32

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
(21 U.S.C. § 841(a)(1))**

On or about April 8, 2019, in the District of Kansas, the defendant,

**ABRAHAM GUTIERREZ-OJEDA,
a.k.a "Pedro"**

knowingly and intentionally distributed 5 grams or more (approximately 29 grams) of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

# COUNT 33

## POSSESSION, WITH THE INTENT TO DISTRIBUTE, A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
## (21 U.S.C. § 841(a)(1))

On or about April 26, 2019, in the District of Kansas, the defendant,

**LUIS MARTINEZ-CARRANGO,**

knowingly and intentionally possessed, with the intent to distribute, 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL**.**

October 9, 2019                         s/Foreperson
DATE                                          FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER,
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**